No. 79-2053. SINN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79-2055. MAZUR *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari before judgment denied.

No. 79-2057. POWELL *v.* NIGRO. C. A. D. C. Cir. Certiorari denied.

No. 79-2058. SILVERNAIL *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 79-2061. ALSOBROOK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79-2063. MCILROY ET AL., EXECUTORS *v.* ARKANSAS ET AL. Sup. Ct. Ark. Certiorari denied.

No. 79-2069. BULGIER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79-2070. 0.086 ACRES OF LAND ET AL. *v.* DEPARTMENT OF TRANSPORTATION OF GEORGIA. Ct. App. Ga. Certiorari denied.

No. 79-2071. SCOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79-2072. WILLIAMS ET UX. *v.* NEW YORK STATE HIGHER EDUCATION SERVICES CORP. C. A. 2d Cir. Certiorari denied.

No. 79-2073. BEHLING ET AL. *v.* SCHMIDT ET AL., DBA BROWN DEER DEVELOPMENT CO. Sup. Ct. Wis. Certiorari denied.

No. 79-2074. ALLEN *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.